E-Filed: 09.13.10

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS PENA, an individual; | CASE NO. CV 09-06939 MMM (JCx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| GMAC MORTGAGE, LLC; TICOR TITLE COMPANY, a corporation, and DOES 1-100, inclusive, | |
| Defendants. | |

On November 17, 2009, the court dismissed Ticor Title Company as a defendant for lack of prosecution. On September 13, 2010, the court granted a motion for summary judgment filed by GMAC Mortgage LLC.

IT IS THEREFORE ORDERED AND ADJUDGED that

1. That plaintiff take nothing by way of his complaint; and

4. The action be, and it hereby is, dismissed.

DATED: September 13, 2010

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE